1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| STEVEN MILLER, | |
|---|---|
| Petitioner, | Case No.  C05-5661FDB |
| v. | ORDER GRANTING I.F.P. APPLICATION |
| GARY FLEMING, | |
| Respondent. | |

Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

DATED this 3rd day of January, 2006.

_/s/ J. Kelley Arnold_____
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 1